TUCKER ELLIS LLP
MICHAEL J. CHOI SBN 322412
michael.choi@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TEJA SINGH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE SHERWIN WILLIAMS COMPANY, OLD REPUBLIC INSURANCE, MICHAEL BARDEN and DOES 1 TO 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 23-cv-03365-PCP<br><br>[PROPOSED] ORDER REMANDING CASE TO STATE COURT<br><br>Complaint Filed:　April 3, 2023<br>Answer Filed:　May 30, 2023<br>Removal Filed:　July 5, 2023 |

The stipulation of the Parties having been read and considered, and good cause appearing, the Court hereby ORDERS as follows:

1. The matter is remanded to the Superior Court of California for the County of Santa Clara.

2. The case management conference calendared for October 12, 2023 before this Court is taken off calendar.

**IT IS SO ORDERED.**

DATED: September 28, 2023

_____
Honorable P. Casey Pitts
United States District Court Judge